■ GERTRUDE GOODRICH et al., Respondents, v. U. S. TRUCKING CORPORATION et al., Appellants.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at

the December Term, commencing November 28, 1960. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.